Gloria Dredd Haney, State Bar No. 157627
**LAW OFFICES OF GLORIA DREDD HANEY**
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

Office:      714.279.0485
Fax:         714.921.2856
Email:       dreddlaw@sbcglobal.net

Attorney for Plaintiff
**BONITA BRADSHAW**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONITA BRADSHAW,<br><br>                              Plaintiff,<br><br>        vs.<br><br>HEMPSTEAD UNION FREE SCHOOLS, REGINA ARMSTRONG, GARY RUSH, RODNEY GILMORE, and DOES 1-10, Inclusive,<br><br>                              Defendants. | Case No.: 5:22-cv-00260-JWH-SP<br><br>**PLAINTIFF BONITA BRADSHAWS'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

## I.  INTRODUCTION AND NATURE OF CASE

This case is a civil action seeking damages and equitable relief against

Defendants for committing acts against Plaintiff  BONITA BRADSHAW (hereafter

"Bradshaw" or "Plaintiff").

1

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
F
26
27
28

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## II. <u>JURISDICTION AND VENUE</u>

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1332 (diversity), 1337, 1343, 1391, and 42 U.S.C. 1983.  This action is authorized and instituted pursuant to 20 U.S.C. 1706 requiring the appropriate United States District Court to exercise jurisdiction. This Court has pendent jurisdiction over plaintiff's state claims, both administrative and common law, because they arise out of the same nucleus of common facts on which plaintiff's federal discrimination claims are based.  Pursuant to 28 U.S.C. § 1367(s), federal courts have the discretion to adjudicate state-law claims that are transactionally related to the federal claims.

2.  Plaintiff has suffered and continues to suffer actual injuries as a result of the intentional, malicious, and unlawful conduct on the part of the above-named Defendants.  The injuries can be traced to the challenged actions and conduct in this matter.  Bradshaw has a personal stake in the outcome of this action and hereby invokes 28 U.S.C. § 1332 which grants federal court jurisdiction in all civil actions between citizens of different states and between a citizen of a state and a subject of a foreign state if the amount in controversy exceeds $75,000.00.  Bradshaw also invokes the California Fair Employment and Housing Act ("FEHA"), i.e. the California Civil Rights Department ("CRD"), along with the common laws of the States of California and New York.  Plaintiff received her notice of right-to-sue

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

from the CRD. Attached as Exhibit "A" is a true copy of the right-to-sue notices, which includes the amended notice, from the CRD, Case No. 202110-15253631.

3.    Additionally, jurisdiction is established because Plaintiff resides within the jurisdiction of the United States District Court in and for the Central District of California.

### III.  BRIEF STATEMENTS OF COMMON FACTS

4.  Plaintiff was discriminated against because of complainant's age (over 40) and because of the discrimination she was denied the hire.

5.  She experienced retaliation because she reported or resisted any form of discrimination or harassment and as a result was denied being hired, denied any employment benefit or privilege.

6.  Additional Complaint Details: Bonita Bradshaw ("Bradshaw"), born 07/28/1955, and was 67 years old at the time of the incident in this complaint, began working at the Ladera Education Institute in Inglewood, California in June 2013 as the Director of Special Projects and as a principal, working with students with special needs.

7.  In May 2022, she received a communication from Dr. Stephan Strachan ("Strachan") who was a previous colleague of Bradshaw when they both worked together as administrators in the Los Angeles Unified School District and the

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

3

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

Compton Unified School District.

8.  Strachan now is a high-school principal in the Hempstead Union Free School District ("HUFS") located in New York and was in that position in May 2022. According to Strachan, Strachan was recommending Bradshaw for the ABGS Middle School ("ABGS") principal position in Hempstead, New York.

9.  Strachan strongly felt that ABGS needed a strong administrator with Bradford's high level of skills which she exemplified at one of the United States' largest school districts, the Los Angeles Unified School District.

10. Strachan further believed, because ABGS Middle School students fed into his high school where he was the principal, having Bradshaw at ABGS would only cause Strachan and his students to benefit at the feeder level. None of the respondents, and each of them, had seen Bradshaw in person and/or knew Bradshaw's age of 67.

11. Subsequently, Bradshaw was invited to an interview and met through Zoom with Superintendent Armstrong and Gary Rush, the Interim Assistant Superintendent for Curriculum & Instruction. Now, as a result of the Zoom meeting, the discriminatory animus began and respondents refused to hired Bradshaw because of her age.

12.  Bradshaw was told after the interview by Armstrong that Bradshaw

4

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

would be contacted before the close of the business day the next week.

13.  On Saturday, May 18, 2022, Armstrong and Rush emailed Bradshaw to insure her they would be in contact with her. On 5/31/22 after not hearing from either Armstrong or Rush, Bradshaw contacted Rush to get information about the next interview.

14. Rush responded that a Dr. Cheryl Atkinson, an actual outside education evaluator, would call "to chat" but said nothing about an interview for the principal position.

15.  In the last email from Rush, Rush stated, "I look forward to meeting you in person." Anderson did call, reiterating the call was for a "chat," not an interview and further stated that Armstrong generally accepts anything she says. The respondents set on a path of being untruthful with Bradshaw and leading her to detrimentally rely which caused Bradshaw great harm.

16.  When asked by New York (NYSED), California complied and timely prepared the required documents documenting Bradshaw's outstanding qualifications and academic achievements. NYSED was in the process of verifying the necessary documents and had not completed the verifications.

17.  Rodney Gilmore, the Associate Superintendent of HR, submitted the

5

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

forms to New York on behalf of Bradshaw and stated it takes "between 1-3 weeks before reviewed the NYSED."

18. The Defendants, and each of them, knew of this fact. Bradshaw specifically asked Gilmore, "If I'm approved late, will there be a problem, my coming in after school begins?"

19. Bradshaw needed to know if she could continue packing, paying to have her home cleaned, leasing her home, resigning from her then present principal position, etc. With Gilmore's assurances, Bradshaw emailed and thanked Gilmore and let Gilmore know that she "will move forward with her plans." Armstrong knew of and approved of informing Bradshaw that she was the one chosen for the position.  Gilmore subsequently asked if Bradshaw could arrive in Hempstead before school started.

20.  Bradshaw made plans for storage of her furnishings, U-Haul for furnishing selected for New York, placed nonrefundable deposits on reservations at an Airbnb while searching for permanent housing, her huge family held a "farewell dinner," costing thousands of dollars, etc.

21. On Sunday, 8/21/22, Bradshaw sent an email to Armstrong, letting Armstrong know all Bradshaw had done in preparation for her position in Hempstead, California had sent all required documents, how she was now replaced

6

as a principal in her school district in California, and questioned if NYSED had

satisfied the final approval of the documents. She finally inquired if the same

"interim" principal could remain until NYSED completed its review.

22.  Armstrong respond with an email saying Bradshaw "would not be denied

the position; it would just be a delay and that the next Board meeting

would be in mid-September.

23.  It was this statement which was instrumental in confirming her

decision to move to Hempstead. Strachan was very enthusiastic too and gave

Bradshaw a "thumbs up." She began her trip with pets along with her which AAA

determined the trip would take 5 days.

24.  At 12:58 a.m., when she was driving in Nevada, Gilmore informed

Bradshaw that Armstrong directed him to contact Bradshaw with the news that the

"position was no longer available" to her. Armstrong decided to maintain the interim

principal until future interviews pick another principal instead Bradshaw.

25.    Bradshaw contacted Strachan who was completely shocked and had

been kept from knowing what the Defendants planned for Bradshaw. Bradshaw

emailed Gilmore, explaining her dilemma and reminding him of the emails from

both Armstrong and him confirming her position as principal. At 2:24

a.m. in response to Bradshaw, Gilmore emailed again that he "was going to bed" but

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

7

would be in his office "later that day." Nothing else has been explained or in any way communicated to Bradshaw.

26.    The Defendants developed a pretextual discriminatory scheme in order to avoid hiring Bradshaw after the visual Zoom interview reflected her probable age.

## IV.  CLAIMS FOR RELIEF

## STATEMENT OF A FEDERAL CLAIM

## FIRST CLAIM FOR RELIEF

(Protected Expressions/Freedom of Speech)

Against Defendants Regina Armstrong, Gary Rush, Rodney

Gilmore, and DOES 1 through 10, Inclusive,

Pursuant to the Civil Rights Act of 1871, 42 U.S.C. 1983)

The allegations and attachments set forth in this complaint are incorporated into this claim for relief by reference as if set forth in full below.

WHEREFORE, Bradshaw seeks a judgment against these individual Defendants.

8

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
F
26
27
28

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## STATEMENT OF STATE CLAIM

## SECOND CLAIM FOR RELIEF

(Discrimination Based on Age

Against HUFS Pursuant to FEHA)

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full below.

WHEREFORE, Bradshaw seeks a judgment against these Individual Defendants.

## STATEMENT OF STATE CLAIM

## THIRD CLAIM FOR RELIEF

(Violation of the California Government Code, §12900, et seq.

Against HUFS for Failure To Prevent Discrimination in Employment)

The allegations and attachments set forth above in paragraphs 1 through 26 are incorporated into this claim for relief by reference as if set forth in full below.

WHEREFORE, Bradshaw demands judgment against Defendant HUFS.

9

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## STATEMENT OF STATE CLAIM

## FOURTH CLAIM FOR RELIEF

### (Retaliation Against HUFS Pursuant to FEHA)

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Bradshaw seeks a judgment against these individual Defendants.

## STATEMENT OF STATE CLAIM

## FIFTH CLAIM FOR RELIEF

### (False Promise Against Defendants HUFS, Armstrong, Rush, Gilmore)

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full below.

WHEREFORE, Bradshaw seeks a judgment against these individual Defendants.

10

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

## STATEMENT OF STATE CLAIM

## SIXTH CLAIM FOR RELIEF

(Breach of Implied Contract Against HUFS)

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Bradshaw requests relief as set forth below against HUFS.

## STATEMENT OF STATE CLAIM

## SEVENTH CLAIM FOR RELIEF

(Breach of Implied Covenant of Good

Faith and Fair Dealing Against HUFS)

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Bradshaw seeks a judgment against these individual Defendants.

11

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## STATEMENT OF STATE CLAIM

## EIGHTH CLAIM FOR RELIEF

(Breach of Covenant of Good Faith and

Fair Dealing Against HUFS )

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Plaintiff requests relief as set forth below against HUFS.

## STATEMENT OF A FEDERAL CLAIM

## NINTH CLAIM FOR RELIEF

(Fraud Against HUFS)

The allegations and attachments set forth in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Bradshaw requests relief as set forth below against HUFS.

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

LAW OFFICES OF GLORIA DREDD HANEY
5753 East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

## **STATEMENT OF A STATE CLAIM**

## **TENTH CLAIM FOR RELIEF**

(Fraud in Inducement Against HUFS)

The allegations and attachments set forth above in paragraphs 1 through 26, inclusive, are incorporated into this claim for relief by reference as if set forth in full.

WHEREFORE, Plaintiff, BONITA BRADSHAW, requests relief as set forth below against HUFS.

## V.    **DEMAND FOR JURY TRIAL**

Plaintiff, BONITA BRADSHAW, hereby demands a trial by jury in this matter.

## VI.    **PRAYER FOR RELIEF**

1. **Issue a permanent injunction** instructing HUFS to declare Plaintiff was selected for the position and offer her the position of principal at the Alverta B. Gray Schultz  ("ABGS") Middle School **if** she elects to accept the position.

2. **Issue a declaration of rights** declaring that Defendants' discriminatory

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

and retaliatory conduct, as alleged in this complaint, violated Plaintiff's civil rights and federal and state constitutional and contract rights.

3.  An award of monetary damages sufficient to fully compensate Plaintiff for all losses has suffered as a direct and proximate result of HUFS's and its agents' unequal, discriminatory, harassing, and retaliatory treatment of her and denying her the position.

4.  An award of monetary damages sufficient to fully compensate Plaintiff for emotional trauma suffered by her, including damages for mental distress, emotional pain, loss of enjoyment of life, and other nonpecuniary losses under pain and suffering.

5.  An award of monetary damages as mandated by civil rights laws, both federal and state.

6.  An award of monetary damages as mandated by the Fair Employment and Housing Act with a lodestar application.

7.  An award of costs, including attorneys' fees pursuant to California Code of Civil Procedure, § 1021.5; 42 U.S.C., federal § 1988 and any other applicable statutes for attorneys' fees.

8.  An award of costs, including attorneys' fees, to cover all of Bradshaw's actual costs.

14

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

9.  An award of punitive damages against the individuals, if applicable, under statute.

10. An award of damages pursuant to other relevant provisions of law.

11. An award of such other and further relief as the Court considers proper and just.

Dated:  March 15. 2023    **LAW OFFICES OF GLORIA DREDD HANEY**


By:  /"s"/ *Gloria Dredd Haney*
Gloria Dredd Haney
Attorney for Plaintiff
**BONITA BRADSHAW**

LAW OFFICES OF GLORIA DREDD HANEY
5753  East Santa Ana Canyon Road
Suite 210
Anaheim Hills, California 92807

15

**PLAINTIFF BONITA BRADSHAW'S COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**